FILED '26 06 11 PM02:19 MDGA-ALB

## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA
## ALBANY DIVISION

UNITED STATES OF AMERICA                  :
                                          :
                                          :
                                          :
v.                                        :   CRIMINAL NO.  1:26-PO-3-ALS
                                          :
LAVELLE D. WEEDEN                          :     VIOLATION:
                                          :     21 U.S.C. § 844
                                          :     18 U.S.C. §§ 7, 13
                                          :     O.C.G.A. § 16-13-32.2
                                          :
_____     :

## ORDER DISMISSING CITATIONS

Before the Court is the United States of America's Motion to Dismiss the Citations. ECF

1, 3.  In support of its motion, the United States explains that it has filed an Information charging

Defendant based on the same alleged conduct underlying the Citations.

Having considered the motion and the reason presented therein, the Court finds that it is in

the interests of justice to grant the government's motion.  Accordingly, and for good cause shown,

the Citations (ECF 1, 3) issued against Defendant are hereby DISMISSED with prejudice.

SO ORDERED, this __11th__ day of __June__, 2026.

_____
ALFREDA SHEPPARD
UNITED STATES MAGISTRATE JUDGE